UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26cr187 (MJD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULKADIR KOOSAAR,

Defendant.

**INFORMATION**

18 U.S.C. § 371

THE UNITED STATES ATTORNEY CHARGES THAT:

At times relevant to the Information:

**COUNT 1**
**Conspiracy to Defraud the United States**

1. From in or about February 2021, and continuing until in or about November 2025, in the District of Minnesota and elsewhere, defendant

ABDULKADIR KOOSAAR,

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with Coconspirator 1 and others to defraud the Internal Revenue Service, an agency of the United States Department of Treasury, by various means, including aiding and assisting in the preparation and presentation of false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, that, among other things, claimed false, fictitious and fraudulent claims for refunds to which the taxpayers were not entitled.



SCANNED
OCT 16 2026
U.S. DISTRICT COURT MPLS

## Manner and Means

2. The conspirators sought to accomplish the objects of the conspiracy through the following manner and means that included deceit, craft, trickery, and were dishonest, among others:

3. Recruiting clients, telling prospective clients there was a tax credit that could get them a lot of money, and telling prospective clients that the credits would be part of their tax refunds.

4. Knowingly and willfully aiding and assisting in the preparation and presentation of false and fraudulent individual income tax returns to the Internal Revenue Service

## Overt Acts

5. In furtherance of the conspiracy, and to effect the objects thereof, on or about the dates set forth below the conspirators committed or caused to be committed the following overt acts in the District of Minnesota and elsewhere:

a. Aiding and assisting in the preparation and presentation of more than 150 false and fraudulent individual income tax returns including:

| Date Filed | Tax Year | Client | False Refund Claimed |
|---|---|---|---|
| February 15, 2021 | 2020 | AH | $6,787 |
| February 17, 2021 | 2020 | FE | $22,762 |
| March 1, 2021 | 2020 | SS | $12,752 |
| March 11, 2021 | 2020 | RM | $11,000 |
| March 31, 2021 | 2020 | AA | $6,926 |
| January 29, 2022 | 2021 | RH | $29,530 |

| | | | |
|---|---|---|---|
| February 1, 2022 | 2021 | AH | $21,322 |
| February 6, 2022 | 2021 | SS | $17,948 |
| February 15, 2022 | 2021 | FE | $33,744 |
| February 21, 2022 | 2021 | AH | $17,262 |
| March 17, 2022 | 2021 | RM | $18,626 |
| April 1, 2022 | 2021 | AA | $13,723 |

b. On February 4, 2022, the defendant made and subscribed his own false and fraudulent 2021 Form 1040, which Coconspirator 1 filed with the Internal Revenue Service, claiming a false and fraudulent refund of $21,808.

c. On November 20, 2025, Coconspirator 1 and the defendant communicated about the criminal investigation.

All in violation of Title 18, United States Code, Section 371.

Dated: October 15, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Charles A. O'Reilly*

BY: Charles A. O'Reilly
Trial Attorney